# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

George Arthur Flournoy
Flournoy Law Firm
1239 Jackson Street
Alexandria LA 71301

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 23, 2020

## REHEARING ACTION: December 23, 2020

**Docket Number: 20   00038-WCA**

**EDITH LORRAINE HAGER**
**VERSUS**
**HOSPITAL HOUSEKEEPING SYSTEM**

**Appealed from Office of Workers' Compensation - # 2 Case No. 18-07756**

<u>**BEFORE JUDGES**</u>:

**Hon. Ulysses Gene Thibodeaux**
**Hon. Candyce G. Perret**
**Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Edith Lorraine Hager** has this day been

**DENIED.**

cc: Ryan G. Davis, Counsel for the Appellee